# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---:|:---|
| Debtor: | JAMES & SUSAN TAYLOR |
| Case Number: | 2:08-BK-17148-RTB  **Chapter:** 13 |
| Date / Time / Room: | WEDNESDAY, SEPTEMBER 30, 2009 02:30 PM   7TH FLOOR #703 |
| Bankruptcy Judge: | REDFIELD T. BAUM |
| Courtroom Clerk: | LUANN BELLER |
| Reporter / ECR: | JUANITA PIERSON-WILLIAMS |

## Matter:

CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY MERS AS NOMINEE FOR METROCITIES MORTGAGE, LLC ITS SUCCESSORS AND/OR ASSIGNS AND IT'S SERVICING AGENT SAXON MORTGAGE SERVICES, INC. (2923 W TANYA TRAIL)

R / M #:  26 / 40

## Appearances:

LEONARD MCDONALD, ATTORNEY FOR MOVANT

## Proceedings:

Mr. McDonald that an updated stip which included a six month catch up was not returned.

COURT:  THE COURT WILL AWAIT THE FILING OF A STIPULATION OR THE PARTIES CAN REQUEST TO HAVE THIS MATTER BACK ON CALENDAR.